**Order filed August 27, 2015, Withdrawn, Appeal Reinstated and Order filed October 6, 2015**



In The

# Fourteenth Court of Appeals

———————

## NO.  14-15-00018-CR

———————

**QUINCY LEE JOHNSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 208th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1400858**

## ORDER

Appellant is represented by appointed counsel, **Gary M. Polland**. Appellant's brief was originally due June 17, 2015. No brief was filed.

On August 27, 2015, this court issued an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for failure to file appellant's brief. On September 25, 2015, the trial court informed this court

that a hearing had been convened and it was determined counsel did not receive notice from this court.

Accordingly, our order of August 27, 2015, is withdrawn and the appeal is reinstated. Further, we order **Gary M. Polland** to file a brief with the clerk of this court within 30 days of the date of this order.


PER CURIAM


Panel consists of Jamison, McCally and Wise